## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Jason Robert Reynolds

Chapter 7 Case No. ___09-60109_____

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank N.A.<br>PO Box 5229<br>Cincinnati, OH  45201 | 2 | $32.50 | .40 |
| US Bank N.A.<br>PO Box 5229<br>Cincinnati, OH  45201 | 4 | $36.44 | .45 |

Date: January 8, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757